Entered: December 18th, 2024
Signed: December 18th, 2024

**SO ORDERED**

As amended. This order does not waive the provisions of FRBP 4001(a)(3).



*Michelle M. Harner*
**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

 

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE:  GERMAN GARCIA<br><br>Debtor | Chapter 7<br>Case No. 24-18193-MMH |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-9, ASSET-BACKED CERTIFICATES, SERIES 2006-9<br>      Movant<br><br>v.<br><br>GERMAN GARCIA<br>      (Debtor)<br><br>MARC H. BAER<br>      (Trustee)<br>      Respondents | |

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion"), filed by U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-9, Asset-Backed Certificates, Series 2006-9, and any response thereto, and good cause having been shown, it is hereby

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362 is terminated permitting U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-9, Asset-Backed Certificates, Series 2006-9, and its successors and assigns, to exercise its rights under applicable law against the Property; and U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-9, Asset-Backed Certificates, Series 2006-9 is allowed to enforce the lien of its Deed of Trust as it pertains to the real property located at 7451 Oakland Mills Rd, Columbia, MD 21046 and it is more particularly described as follows:

> Lot 1, in the Subdivision known as Sullivan Blake, per plat recorded in Plat No.18120, among the land records of Howard County, Maryland.
>
> Subject to 24' Common Driveway easement as per the dedication and subdivision plat.
>
> Tax ID#
>
> Being the same property by deed dated December 1, 2004 by & between Leroy Wilbur Brown and Hazel Edna Brown to John G. Sullivan and Patrick J. Goonan recorded among the Land Records of Howard County in liber 8905 at folio 570.

which relief shall extend to the purchaser to take such action under state law, as may be necessary, to obtain possession of the property; and it is further

**ORDERED**, that Relief from the Automatic Stay is granted allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying mortgage and note, including, but not limited to loan modification, deed in lieu or other loss mitigation alternatives; and it is further

**ORDERED**, that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

Copies to:

James E. Clarke
Elizabeth M. Abood-Carroll
Paul J. Moran
Orlans PC
PO Box 2548
Leesburg, VA 20177
*Attorneys for the Movant*

German Garcia
7451 Oakland Mills Road
Columbia, MD 21046
*Debtor*

Marc H. Baer
455 Main Street
Reisterstown, MD 21136
*Chapter 7 Trustee*

**END OF ORDER**

BY THE COURT:

_____
Honorable Michelle M. Harner
U.S. Bankruptcy Judge